In the Matter of DESTINY M., Also Known as DESTINE M., an Infant. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SER-

VICES, Respondent; JEFFREY M., Appellant. [726 NYS2d 315] —Order unanimously affirmed without costs for reasons stated at Onondaga County Family Court, Hedges, J. (Appeal from Order of Onondaga County Family Court, Hedges, J.—Terminate Parental Rights.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Lawton, JJ.